

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Terrell<br><br>Plaintiff,<br>V.<br><br>C. Armant, Warden; Attorney General of the State of California<br><br>Defendant. | Civil Action No. 17cv00088-BTM-AGS<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the foregoing reasons, the Court DENIES the petition. Rule 11of the Rules Following 28 U.S.C. § 2254 requires the District Court to "issue or deny a certificate of appealability when it enters a final order adverse to the applicant." Rule 11, 28 U.S.C. foll. § 2254 (West Supp. 2013). A certificate of appealability will issue when the petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253; Pham v. Terhune, 400 F.3d 740, 742 (9th Cir. 2005). A "substantial showing" requires a demonstration that "'reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.'" Beaty v. Stewart, 303 F.3d 975, 984 (9th Cir. 2002), quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000). Here, the Court concludes Terrell has not made the required showing, and therefore a certificate of appealability is hereby DENIED.

Date: 10/29/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Mitchell

S. Mitchell, Deputy